## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 14-cr-00136-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.    ALBERTO HERNANDEZ,**

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure (Doc. # 231.)  Having reviewed said Motion, and being fully advised in the premises, the Court finds:

On February 17, 2015, the United States and defendant Alberto Hernandez entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.  (Doc. # 219.)

THAT the requisite nexus exists between the $383,386.00 in United States currency and the conspiring to distribute cocaine and possession with the intent to distribute heroin defendant Alberto Hernandez pled guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, it is ORDERED that Defendant's interest in the following:

**$383,386.00 in United States currency**

is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is

FURTHER ORDERED THAT the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law. It is

FURTHER ORDERED THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed. It is

FURTHER ORDERED THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed. It is

FURTHER ORDERED THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R.

Crim. P. 32.2(c)(1). Additionally, this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED: March 12, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge